**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (06/08)            Case Number **09–40396**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

## Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/20/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Edward Sorokine          aka Edvard Sorokine
10417 Willowdale Drive
Saint Louis, MO 63146

| | |
|---|---|
| Case Number:<br>09–40396 –A399 | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>xxx–xx–1569 |
| Attorney for Debtor(s) (name and address):<br>James B. Day<br>Law Office of James B. Day<br>13321 N. Outer Forty Road<br>Ste. 600<br>Chesterfield, MO 63017<br>Telephone number: (314) 786–1218 | Bankruptcy Trustee (name and address):<br>Tracy A. Brown<br>1034 S. Brentwood Blvd., Ste 1830<br>St. Louis, MO 63117<br>Telephone number: (314)644–0303 |

### Meeting of Creditors:

Date: **February 13, 2009**             Time: **01:30 PM**

Location: **111 South Tenth Street, First Floor, Room 1.310, St. Louis, MO 63102**

Refer to Other Side for Important Documentation Needed at the Meeting of Creditors

### Presumption of Abuse under 11 U.S.C. §707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/14/09**

**The deadline to file such complaints for any creditor added to this case after the date of the initial Notice and Order of Commencement shall be the later of the original deadline or 60 days after the date on the certificate of service of the notice given pursuant to L.R. 1009.**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

**Foreign Creditors**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone numbers: (314) 244–4500<br>VCIS number:(314) 244–4999<br>Toll Free VCIS number: 1–888–223–6431<br>Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov<br>Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | **So Ordered:**<br><br>*Barry S Schermer*<br><br>United States Bankruptcy Court Judge<br>**Date:** 1/21/09 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Usually, the filing of a case automatically stays certain collection and other actions against the debtor and the debtor's property such as contact by any means to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. Taking prohibited actions may result in penalty. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a PACER subscription. You may register for PACER at http://pacer.psc.uscourts.gov. Case status information is available 24 hours a day by contacting VCIS (voice case information) or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: http://www.moeb.uscourts.gov |
| Abandonment of Property | At the meeting of creditors, the Trustee may announce the abandonment of specific property of the estate that is burdensome or of inconsequential value. Any objection to this abandonment must be filed in writing with the Clerk's Office and the Trustee within 15 days after the conclusion of the meeting of creditors. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Domestic Support Obligation – Child Support | The holder of any claim for unpaid pre–petition child support is entitled to have the trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and a explanation of the creditor's rights to payment in the bankruptcy case. Any creditor may request such notice and information by writing the trustee. Such creditor is further entitled to have the trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor,(iii) debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following a discharge. Failure to request such information from the trustee shall be a waiver of the right to receive such notice from the trustee. |

–– Refer to Other Side for Important Deadlines and Notices ––

**Debtor information needed at the meeting of creditors:**
- Most recently filed federal and state tax returns (must be provided to trustee at least 7 calendar days before 341 meeting)
- W–2 (or W–4) forms
- Deeds to any real estate in which the debtor has any interest
- Savings, checking and investment account statements
- Personal property tax statements
- Divorce decree or separation agreement
- Documentation supporting Means Test/Disposable Income Form 22
- Pay stubs or other earnings statements covering the 6–month period prior to the petition date

**Debtor Identification:**
All individual debtors must provide picture identification and proof of social security number (if any) to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed or denial of your discharge, and/or criminal referral. Acceptable forms of picture identification (ID) include an original: 1)driver's license, 2)federal or state government ID, 3)student id, 4)U.S. passport, 5)military ID, or 6)resident alien card. Acceptable forms of proof of social security number include an original: 1)social security card, 2)medical insurance card, 3)pay stub, 4)W–2 form, 5)Internal Revenue Service Form 1099, 6)Social Security Administration report, or 7)statement that such documentation does not exist.

# CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: admin              Page 1 of 2              Date Rcvd: Jan 21, 2009
Case: 09-40396                Form ID: b9a             Total Served: 50
```

The following entities were served by first class mail on Jan 23, 2009.
```
db           +Edward Sorokine,    10417 Willowdale Drive,    Saint Louis, MO 63146-5619
tr           +Tracy A. Brown,    1034 S. Brentwood Blvd., Ste 1830,    St. Louis, MO 63117-1284
ust          +Office of U.S. Trustee,    111 South Tenth Street,    Suite 6353,    St. Louis, MO 63102-1125
7339012      +AT&T Bankruptcy Department,    P.O. Box 769,    Arlington, TX 76004-0769
7339013      +AT&T Universal Card,    P.O. Box 688908,    Des Moines, IA 50368-8908
7339009      +Academy Collection Services, Inc.,    10965 Decatur,    Philadelphia, PA 19154-3294
7339010       Alliance One,    1160 Centre Drive, Suite 1,    Mendota Heights, MN 55120
7339014       Atlantic Credit & Finance, Inc.,    P. O. Box 13386,    Roanoke, VA 24033-3386
7339015      +Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
7339016      +Beaver Plumbing,    c/o Kramer and Frank,    9300 Dielman Ind. Drive Ste. 100,
               Saint Louis, MO 63132-2205
7339018      +Berlin Wheeler, Inc.,    711 West McCarty Street,    Jefferson City, MO 65101-1543
7339019      +Business Bank of St. Louis,    8000 Maryland Ave.,    Saint Louis, MO 63105-3752
7339025      +CTI Collection Services,    P.O. Box 4783,    Chicago, IL 60680-4783
7339020      +Charter Communications,    P.O. Box 790086,    Saint Louis, MO 63179-0086
7339022      +Client Services, Inc.,    P. O. Box 1503,    Saint Peters, MO 63376-0027
7339023       Consolidated Recovery Systems, Inc.,    P.O.Box 17193,    Memphis, TN 38187
7339024       Creditor Interchange,    P.O. Box 1335,    Buffalo, NY 14225
7339026      +Frontenac Bank,    801 South Lindbergh,    Saint Louis, MO 63131-2824
7339028       Home Depot Credit Services,    P.O.Box 6028,    The Lakes, NV 88901-6028
7339030      +Infinity Group Receivables,    2425 Commerce Ave,    Building 2100 Ste 150,    Duluth, GA 30096-8913
7339032      +Ira Potter,    755 South New Ballas Road,    Ste. 140,    Saint Louis, MO 63141-8713
7339033      +Kravtchouk, Svetlana,    5300 Lindley Ave #103,    Encino, CA 91316-2902
7339034       Laclede Gas,    Drawer2,    Saint Louis, MO 63166
7339035       Laurence A. Hecker,    2C South Gold Drive,    Trenton, NJ 08691
7339038      +MO Dept. of Revenue,    P.O. Box 475,    Jefferson City, MO 65105-0475
7339039      +MSD,    P.O. Box 437,    Saint Louis, MO 63166-0437
7339036       Manheims St. Louis Auto Auction,    13813 St. Charles Rock Road,    Saint Louis, MO 63144
7339037       Missouri American Water,    P.O. Box 94551,    Palatine, IL 60094-4551
7339040      +NARS Call Center Solutions,    P.O. Box 701,    Chesterfield, MO 63006-0701
7339041      +NCO Financial Systems, Inc.,    4740 Baxter Road,    Virginia Beach, VA 23462-4484
7339042      +Novastar Home Mtg. & Finance,    8140 Ward Pkwy #300,    Kansas City, MO 64114-2039
7339043       Olga Tkhorjeuskaia,    c/o Suzanne Brown,    9300 Brown,    Saint Louis, MO 63132
7339044      +Olga Tkhorjevskaia,    c/o Suzanne Brown,    9300 Olive Blvd.,    Saint Louis, MO 63132-3208
7339045       Penn Credit Corporation,    P. O. Box 988,    Harrisburg, PA 17108-0988
7339046      +Phillips & Cohen Associates,    258 Chapman Road,    Newark, DE 19702-5446
7339047      +Professional Recovery Services, Inc.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
7339048      +RPM, Inc,    1930 220th SE, Suite 101,    Bothell, WA 98021-8410
7339049      +Sam's Club Discover,    P.O. Box 960013,    Orlando, FL 32896-0013
7339050      +Southwest Credit Systems,    5910 W. Plano Pkwy, Ste. 10,    Plano, TX 75093-2201
7339052      +Thermal Concepts,    1665 Lotsie,    Saint Louis, MO 63132-1427
7339053      +Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
7339054      +Western Group Real Estate,    10417 Willowdale Drive,    Saint Louis, MO 63146-5619
```

The following entities were served by electronic transmission on Jan 21, 2009.
```
aty          +E-mail/Text: jdaylaw@charter.net                               James B. Day,
               Law Office of James B. Day,    13321 N. Outer Forty Road,    Ste. 600,
               Chesterfield, MO 63017-5944
tr           +EDI: QTABROWN.COM Jan 21 2009 19:38:00      Tracy A. Brown,    1034 S. Brentwood Blvd., Ste 1830,
               St. Louis, MO 63117-1284
7339011      +EDI: ARROW.COM Jan 21 2009 19:38:00      Arrow Financial Services,    21031 Network Place,
               Chicago, IL 60678-0001
7339015      +EDI: BANKAMER2.COM Jan 21 2009 19:38:00      Bank of America,    P.O. Box 15726,
               Wilmington, DE 19886-5726
7339017      +EDI: HFC.COM Jan 21 2009 19:38:00      Beneficial Finance,    P. O. Box 4153-K,
               Carol Stream, IL 60197
7339021      +EDI: CHASE.COM Jan 21 2009 19:38:00      Chase Visa,    Cardmember Services,    P.O. Box 94014,
               Palatine, IL 60094-4014
7339027      +EDI: RMSC.COM Jan 21 2009 19:38:00      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
7339029      +EDI: HFC.COM Jan 21 2009 19:38:00      HSBC,    P.O. Box 5250,    Carol Stream, IL 60197-5250
7339031       EDI: IRS.COM Jan 21 2009 19:38:00      Internal Revenue Service,    P.O. Box 21126,
               Philadelphia, PA 19114
7339051      +EDI: NEXTEL.COM Jan 21 2009 19:38:00      Sprint PCS,    P.O. Box 219554,
               Kansas City, MO 64121-9554
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2009**                    **Signature:** *Joseph Speetjens*